UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAFETY PPE, LLC,

                    Petitioner,

                                                                25-CV-5626 (JPO)
        -v-
                                                                    ORDER
HOBAO ENTERPRISING CO., LTD., *et al.*,

                    Respondents.

J. PAUL OETKEN, District Judge:

Before this Court is Petitioner's letter motion seeking *nunc pro tunc* approval of service of the underlying petition to confirm arbitral award on Respondents and adjournment of the pretrial conference.

Petitioner's letter motion regarding service is GRANTED.  Petitioner's service of the petition by mail and email, as described in the declaration at ECF Number 15, is hereby deemed valid, *nunc pro tunc*, pursuant to Federal Rule of Civil Procedure 4(f)(3).

Petitioner shall serve this order on Respondents by mail and email within 14 days after the date of this order.  **Respondents are warned that they must appear through counsel and file a response to the petition to confirm arbitral award within 21 days of being served. Failure to do so will result in confirmation of the arbitral award.**

The initial pretrial conference scheduled for October 20, 2025, is adjourned *sine die*.

The Clerk of Court is directed to terminate the motion at ECF No. 16.

SO ORDERED.

Dated: October 15, 2025
       New York, New York

_____
          J. PAUL OETKEN
     United States District Judge