**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
SAFETY PPE, LLC,

                        Petitioner,                    25 **CIVIL** 5626 (JPO)

        -against-                            **JUDGMENT**

HOBAO ENTERPRISING CO., LTD., et
al.,

                        Respondents.
------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 15, 2026, the petition to confirm the arbitration awards is GRANTED. Accordingly, judgment is entered in favor of Petitioner in the amount of (1) $4,917,495.68, consisting of $4,708,253.81 in damages as awarded in the Second Partial Final Award and $209,241.87 in costs as awarded in the Final Award, together with (2) pre-judgment interest on the Second Partial Final Award, calculated at a rate of 4.81% per annum from January 30, 2025 to the date of judgment, and (3) pre-judgment interest on the Final Award, calculated at a rate of 9.15% per annum from April 12, 2025 to the date of judgment and the case is closed.

**Dated:** New York, New York

      April 15, 2026

                                      **TAMMI M. HELLWIG**
                                  _____
                                      **Clerk of Court**

                  **BY:**
                                    _____
                                      **Deputy Clerk**